UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 06-10030-01-04 |
| VERSUS | FILED DATE: 6-29-07 |
| ANITA D. MORRIS | 18 U.S.C. § 371-CONSPIRACY |
| DORRIS MORRIS | 20 U.S.C. § 1097(a)-FINANCIAL AID FRAUD |
| RUTH FRAZIER, AND | 18 U.S.C. § 1344-BANK FRAUD |
| KEVIN MORRIS | DISTRICT JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

ORDER

PREMISES CONSIDERED

IT IS ORDERED THAT THE FOREGOING MOTION TO DISMISS INDICTMENT PURSUANT TO 18 USCS § 3162 (a)(2) IN VIOLATION OF SPEEDY TRIAL ACT RIGHTS BE:

DENIED X

GRANTED

THIS ORDER HAS BEEN READ AND SIGNED ON THIS THE 9TH DAY OF July 2007 IN ALEXANDRIA, LOUISIANA.

HONORABLE DEE D. DRELL, JUDGE

RECEIVED IN ALEXANDRIA, LA JUL 10 2007 ROBERT H. SHEMWELL, CLERK WESTERN DISTRICT OF LOUISIANA