UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA    CR NO. 06-10030-01-04
VERSUS    * FILED DATE: 6-28-07
ANITA D. MORRIS    * 18 U.S.C. § 371 - CONSPIRACY
DORRIS MORRIS    * 20 U.S.C. § 1097(a) FINANCIAL AID FRAUD
RUBY FRAZIER, and    * 18 U.S.C. § 1344 - BANK FRAUD
ANITA MORRIS    * DISTRICT JUDGE DRELL
   * MAGISTRATE JUDGE KIRK

RECEIVED IN ALEXANDRIA JUL 10 2007 ROBERT H. SHEMWELL, CLERK WESTERN DISTRICT OF LOUISIANA

## ORDER

CONSIDERING THE FOREGOING MOTION TO DISMISS INDICTMENT PURSUANT TO 18 U.S.C.S. § 3162, THE COURT WILL FIND THAT DEFENDANT HAS NOT BEEN ARRAIGNED WHICH IS GUARANTEE BY THE SPEEDY TRIAL ACT AND THE UNITED STATES CONSTITUTION AND FOR REASONS STATED IN DEFENDANT'S MOTION, WHICH ARE THE INDICTMENT TO BE DISMISSED, THE COURT FINDS THAT THE ENDS OF JUSTICE ARE SERVED BY GRANTING DISMISSAL OF THE INDICTMENT PURSUANT TO 18 U.S.C.S. § 3162 WHICH OUTWEIGHS THE BEST INTEREST OF THE PUBLIC.

PREMISES CONSIDERED, IT IS ORDERED THAT THE FOREGOING MOTION TO DISMISS INDICTMENT PURSUANT TO 18 U.S.C.S. § 3162 BY THE DEFENDANT BE:

DENIED   X

GRANTED _____

THIS ORDER READ, RENDERED AND SIGNED IN ALEXANDRIA, LOUISIANA, THIS 9th DAY OF JULY, 2007.

HONORABLE DEE D. DRELL, JUDGE