RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE    3/11/08
BY      JB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 07-1130-04  06-10030 |
| VERSUS | |
| KEVIN MORRIS | JUDGE DEE D. DRELL MAGISTRATE JUDGE JAMES D. KIRK |

REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

Before the court is a motion to vacate, set aside or correct sentence filed pursuant to 28 U.S.C. § 2255 by Kevin Morris ("Morris") on July 3, 2007 (Doc. Item 82). Morris is attacking his conviction and sentence pursuant to a guilty plea entered in the United States District Court, Western District of Louisiana, Alexandria Division, to one count of conspiracy for which he was sentenced to 15 months imprisonment to run concurrently with any undischarged term of his Louisiana State sentence of imprisonment.[1]

Morris filed an appeal with the Fifth Circuit Court of Appeals on or about July 9, 2007, approximately one week after filing the

---

[1] Morris was also ordered to pay an special assessment of $100 and a total restitution in the amount of $6,649.63 to be pain jointly and severally with co-defendant, Anita Morris. Upon release, Morris will serve a term of three year term on supervised release with standard and special conditions.

instant motion. This appeal (Court of Appeals docket number 07-30620) is currently proceeding before the Fifth Circuit. Accordingly, Morris' Section 2255 motion is technically premature. Therefore, it should be dismissed without prejudice as premature, reserving Morris' right to file a new Section 2255 motion upon completion of the appellate proceedings.

## Conclusion

Based on the foregoing discussion, IT IS RECOMMENDED that Morris' Section 2255 motion be DISMISSED WITHOUT PREJUDICE as premature.

Under the provisions of 28 U.S.C. §636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have **ten (10) business days** from the service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections with **ten (10) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the district judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON THE GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND**

**LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this _11th_ day of March, 2008.

```
_____
         JAMES D. KIRK
   UNITED STATES MAGISTRATE JUDGE
```