

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA            CRIMINAL ACTION 06-10030-04
                                    ~~NO. 07-1130-~~04

VERSUS

KEVIN MORRIS                        JUDGE DEE D. DRELL
                                    MAGISTRATE JUDGE JAMES D. KIRK

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED IT that Morris' Section 2255 motion is DISMISSED WITHOUT PREJUDICE as premature.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 2nd day of April, 2008.

                                    DEE D. DRELL
                                    UNITED STATES DISTRICT JUDGE