UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO. CV06-10030-A |
| VERSUS | |
| KEVIN MORRIS | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

    Before the court are two motions to remove a federal detainer and to receive credit for federal custody prior to sentencing filed by Kevin Morris ("Morris") on February 26 and 26, 2008 (Docs. 106, 108). Since Morris is challenging the manner in which his sentence is being carried out, these motions fall within the ambit of 28 U.S.C. § 2241.

    On June 23, 2008, Morris was ordered to demonstrate full exhaustion of his administrative remedies pursuant to 28 C.F.R. §§ 542.10, et seq., by providing the court with copies of his appeals to and responses from the warden, the Regional Director, and the General Counsel within forty-five (45) days from the date of that order (Doc. 112). Morris has failed to comply with this court's order.

    Morris was then given notice, on August 18, 2008, that failure

to comply with that order within **ten (10) days** from the date of the notice would result in a recommendation that the complaint be dismissed pursuant to Fed.R.Civ.P. rule 41(b) (Doc. 113). Over ten days have passed since August 18, 2008, and Morris has not yet complied with the court's order.

Accordingly,

IT IS RECOMMENDED that Morris' Section 2241 petition be DISMISSED WITHOUT PREJUDICE for failure to comply with an order of this Court. See Rule 41(b) of the Federal Rules of Civil Procedure; Link v. Wabash Railroad Co., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962); Gonzalez v. Trinity Marine Group, Inc., 117 F.3d 894, 898 (5th Cir. 1997).

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have **ten (10) business days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **ten (10) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the district judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL**

**BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 22nd day of September, 2008.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE