U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 2 8 2008

ROBERT H.
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO. CV06-10030/04-A

VERSUS

KEVIN MORRIS

JUDGE DEE D. DRELL
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Morris' Section 2241 petition is DENIED AND DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at _ALEXANDRIA_, Louisiana, on this 27 day of _October_ 2008.

_____
DEE D. DRELL
UNITED STATES DISTRICT JUDGE